IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE BRISTOW,

    Petitioner,                    No. CIV S-06-1830 MCE EFB P

    vs.

ROSANNE CAMPBELL,

    Respondents.                FINDINGS & RECOMMENDATIONS

                              /

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. See 28 U.S.C. 2254.

        Before a federal district court may entertain a second or successive petition, a petitioner must obtain permission from the appellate court. 28 U.S.C. § 2244(b)(3)(A).

        In the petition filed August 16, 2006, petitioner challenges the same conviction he challenged in case No. Civ. S 00-2546 GEB PAN P and he has not obtained an order from the appellate court authorizing this court to consider the petition.

        It therefore is recommended that this action be dismissed. See Rule 4, Rules Governing Section 2254 Cases.

        These findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings

1  and recommendations.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  The district judge may accept, reject, or modify these findings
3  and recommendations in whole or in part.
4  Dated: August 30, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

7  \brist1830.second or successive pet